[No. 24883-2-II.   Division Two.   June 22, 2001.]

LAWYERS TITLE INSURANCE CORPORATION, *Appellant*, v. SOON J. BAIK, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-2-08755-0, Leonard W. Kruse, J., entered July 2, 1999. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt, A.C.J., and Seinfeld, J.

[No. 25101-9-II.   Division Two.   June 22, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES E. TOWNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 99-1-00104-2, William J. Kamps, J., entered September 24, 1999. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Armstrong, C.J., and Morgan, J.

[No. 25313-5-II.   Division Two.   June 22, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. LEONARD LUIGI NORLING, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 99-1-00011-1, James B. Sawyer II, J., entered October 28, 1999. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Hunt, A.C.J., and Quinn-Brintnall, J.

[No. 25342-9-II.   Division Two.   June 22, 2001.]

THE STATE OF WASHINGTON, *Appellant*, v. GARY BRIAN PACKER, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 97-1-01608-8, Edwin L. Poyfair and James E. Rulli, JJ., entered November 23, 1999. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Bridgewater, JJ.